IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RODRIGUEZ, OCTAVIO<br>RODRIGUEZ, JENNIFER TRICIA<br><br>            Debtors. | CHAPTER 7<br><br>CASE NO. 05-70590 MB<br><br>Judge  MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 02/15/05. The Trustee was appointed on 02/15/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $224,040.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of July 18, 2006 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 4,044.33 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. | NET CASH available for distribution | $ | 4,044.33 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1.  Trustee compensation requested (See Exhibit E) | $ | 1,011.08 |
| | 2.  Trustee Expenses (See Exhibit E) | $ | 0.00 |
| | 3.  Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on 09/19/05.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $ 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 1,011.08 |
| c. | Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. | Allowed priority claims | $ 0.00 |
| e. | Allowed unsecured claims | $ 14,525.57 |
| f. | Surplus return to debtor | $ 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 20.88% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,895.00 was paid to Debtors' counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:  July 18, 2006

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Demand turnover of funds in bank accounts.

4. Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

5. Prepare Annual reports.

6. Prepare Final Account and From 4.

A detailed list of Trustee time is attached as Exhibits E-1.

**EXHIBIT A**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-70590 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | RODRIGUEZ, OCTAVIO | Filed (f) or Converted (c): | 02/15/05 (f) | |
| | RODRIGUEZ, JENNIFER TRICIA | §341(a) Meeting Date: | 03/21/05 | |
| Period Ending: | 07/18/06 | Claims Bar Date: | 09/19/05 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Real estate located at<br>1244 Merrill Ave., Algonquin, IL<br>Lien and exemptions exceed value of real estate | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Bank One<br>Exempt asset | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods<br>Exempt asset | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, compact discs, tapes/records, pictures<br>Exempt asset | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel<br>Exempt asset | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry<br>Exempt asset | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term life insurance thru District | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401(k) thru District 211<br>Exempt asset | 16,600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Remainder of 2004 Federal and State income  (u)<br>tax refund after deducting child tax credit | 5,717.00 | 4,017.00 | | 4,017.00 | FA |
| 10 | Child tax credit (u)<br>Exempt asset | 2,539.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1996 Saturn SL (over 135,000 miles) | 1,500.00 | 0.00 | DA | 0.00 | FA |

EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-70590 MB | Trustee: | (330330) | THOMAS J. LESTER |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, OCTAVIO | Filed (f) or Converted (c): | 02/15/05 (f) | |
| | RODRIGUEZ, JENNIFER TRICIA | §341(a) Meeting Date: | 03/21/05 | |
| Period Ending: | 07/18/06 | Claims Bar Date: | 09/19/05 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Exemption and costs of sale exceed value of vehicle | | | | | |
| 12 | 1996 Dodge Interpid ES (over 110,000 miles)<br>Exemption and costs of sale exceed value of vehicle | 2,000.00 | 0.00 | DA | 0.00 | FA<br>$0.00 |
| 13 | Family pets; 2 dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interest (u) | Unknown | N/A | | 27.33 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | $232,296.00 | $4,017.00 | | $4,044.33 | $0.00 |

**Major Activities Affecting Case Closing:**
The Trustee shall review the claims and file Objecitons thereto if necessary. The Final Report will then be filed

Initial Projected Date Of Final Report (TFR):    May 15, 2006    Current Projected Date Of Final Report (TFR):    May 15, 2006

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-70590 MB | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|
| Case Name: | RODRIGUEZ, OCTAVIO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RODRIGUEZ, JENNIFER TRICIA | Account: | ***_****29-65 - Money Market Account |
| Taxpayer ID #: | 13-7457524 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/18/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/28/05 | {9} | Octavio Rodriguez | Tax Refund | 1224-000 | 4,017.00 | | 4,017.00 |
| 05/31/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.15 | | 4,018.15 |
| 06/30/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 1.28 | | 4,019.43 |
| 07/29/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.39 | | 4,020.82 |
| 08/31/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.54 | | 4,022.36 |
| 09/30/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.58 | | 4,023.94 |
| 10/31/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.75 | | 4,025.69 |
| 11/30/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.82 | | 4,027.51 |
| 12/30/05 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.01 | | 4,029.52 |
| 01/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.27 | | 4,031.79 |
| 02/28/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.17 | | 4,033.96 |
| 03/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.40 | | 4,036.36 |
| 04/28/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.56 | | 4,038.92 |
| 05/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.75 | | 4,041.67 |
| 06/30/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.66 | | 4,044.33 |
| | | | ACCOUNT TOTALS | | 4,044.33 | 0.00 | $4,044.33 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,044.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,044.33 | $0.00 | |

EXHIBIT C

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-70590 MB | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|
| Case Name: | RODRIGUEZ, OCTAVIO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RODRIGUEZ, JENNIFER TRICIA | Account: | \*\*\*-\*\*\*\*\*29-66 - Checking Account |
| Taxpayer ID #: | 13-7457524 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/18/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

(No Transactions on File for this Period) $0.00

Net Receipts: 4,044.33
Net Estate: $4,044.33

| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | | | | | Net Receipts | Net Disbursements | Account Balances |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | MMA # \*\*\*-\*\*\*\*\*29-65 | | 4,044.33 | 0.00 | 4,044.33 |
| | | | Checking # \*\*\*-\*\*\*\*\*29-66 | | 0.00 | 0.00 | 0.00 |
| | | | | | $4,044.33 | $0.00 | $4,044.33 |

{} Asset reference(s)    Printed: 07/18/2006 02:20 PM    V.8.12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>RODRIGUEZ, OCTAVIO<br>RODRIGUEZ, JENNIFER TRICIA<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 05-70590 MB<br><br>Judge MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, <u>THOMAS J. LESTER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,011.08 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,033.25 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 4,044.33 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $1,011.08 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | THOMAS J. LESTER, Trustee compensation | 1,011.08 | 1,011.08 |
| | TOTAL $ | | 1,011.08 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL | $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) -Claims for alimony, maintenance or support: | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL | $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Taxes §724(b) - Tax Liens: | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL | $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL | $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL | $ | 0.00 |

d. $3,033.25 for general unsecured creditors who have filed claims allowed in the total amount of $14,525.57, yielding a dividend of 20.88% as itemized below:

**EXHIBIT D**

| 10. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $14,525.57 | 20.88% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | Discover Bank | 2,235.13 | 466.74 |
| 2 | St. Alexius Medical Center | 1,304.46 | 272.40 |
| 3 | Kohl's Department Store | 102.47 | 21.40 |
| 4 | Citibank (South Dakota) NA Citibank/Choice | 4,737.12 | 989.21 |
| 5 | Citibank (South Dakota) NA Citibank/Choice | 6,146.39 | 1,283.50 |
| | | TOTAL $ | 3,033.25 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

g. $0.00 for interest

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

**EXHIBIT D**

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

j. $0.00 for secured creditors

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Creditors | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:   July 18, 2006                        /s/ Thomas J. Lester
                                             THOMAS J. LESTER, Trustee

**EXHIBIT D**

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $0.00 | $0.00 |
| Trustee's Accountant | N/A | N/A | N/A |
| Trustee's Other Professionals | N/A | N/A | N/A |
| Debtor's Attorney | $1,895.00 | $0.00 | $1,895.00 |
| Debtors' Accountant | N/A | N/A | N/A |
| Any Other Professional | N/A | N/A | N/A |
| **TOTAL** | $1,895.00 | $0.00 | $1,895.00 |

**EXHIBIT G**