Case Name:   Ototavio and Jennifer Rodriguez
Case No:     05 B 70590

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/28/06                                     WILLIAM T. NEARY
                                                   United States Trustee, Region 11


                                            BY:   __/s/_____
                                                   SHEREE G. DANDURAND
                                                   Assistant U.S. Trustee