IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RODRIGUEZ, OCTAVIO<br>RODRIGUEZ, JENNIFER TRICIA | CHAPTER 7<br><br>CASE NO. 05-70590 MB |
| Debtors. | Judge MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL  61101

   on:   __November 13, 2006__
   at:   __9:30 a.m.__

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 1,011.08 | $ 0.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $   4,044.33

   b. Disbursements                         $       0.00

   C. Net Cash Available for Distribution   $   4,044.33

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,033.25, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $14,525.57, resulting in an approximate distribution of 20.88% to unsecured creditors.

6. The Debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   October 3, 2006            /s/ Thomas J. Lester
                                   THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0590   Doc 21   Filed 10/04/06   Entered 10/06/06 23:37:36   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0752-3         User: lorsmith            Page 1 of 1            Date Rcvd: Oct 04, 2006
Case: 05-70590               Form ID: pdf002           Total Served: 26

The following entities were served by first class mail on Oct 06, 2006.
db         +Octavio Rodriguez,    1244 Merrill Av,    Algonquin, IL 60102-2535
jdb        +Jennifer Tricia Rodriguez,    1244 Merrill Av,    Algonquin, IL 60102-2535
aty        +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr          Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
8942501     Bank of America,    Attn: Bankruptcy Dept.,    PO Box 53132,    Phoenix, AZ 85072-3132
8942502     Bank of America,    Attn: Bankruptcy Dept.,    PO Box 53132,    Phoeniz, AZ 85072-3132
8942497    +Bureau of Coll. Recovery, Inc.,    Bankruptcy Department,    7575 Corporate Way,
             Eden Prairie, MN 55344-2022
8942510     Central Collection Bureau, Inc,    Bankruptcy Department,    PO Box 17400,
             Indianapolis, IN 46217-0400
8942496    +Cingular Wireless,    Bankruptcy Department,    3231 N. Green River Rd.,    Evansville, IN 47715-1379
8942493    +Citibank,    Bankruptcy Department,    PO Box 6001,    The Lakes, NV 89163-0001
9865154    +Citibank (South Dakota) NA,    Citibank/Choice,    Exception Payment Processing,    POB 6305,
             The Lakes, NV 88901-6305
8942498     Fleet,    Attn: Bankruptcy Dept.,    PO Box 15368,    Wilmington, DE 19886-5368
8942505     Household Bank, N.A.,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
8942492     Illinois Collection Service,    Bankruptcy Department,    PO Box 646,    Oak Lawn, IL 60454-0646
8942491    +John W. Cox M.D.,    Bankruptcy Department,    PO Box 646,    Oak Lawn, IL 60454-0646
8942507    +Kohl's Department Store,    % Creditors Protection Serv. POB 74,    Dallas, TX 75221-0074
8942499    +Northwest Community Hospital,    Attn: Bankruptcy Dept.,    3060 Salt Creek #110,
             Arlington Heights, IL 60005-5027
8942500    +RPM, Inc.,    Bankruptcy Department,    PO box 830913,    Burmingham, AL 35283-0913
8942509     SBC/Ameritech,    Bankruptcy Department,    Bill Payment Center,    Chicago, IL 60663-0001
8942490    +Sears,    Bankruptcy Department,    PO Box 182149,    Columbus, OH 43218-2149
8942494    +St. Alexius Medical Center,    Attn: Bankruptcy Department,    1555 Barrington Rd.,
             Hoffman Estates, IL 60169-1099
8942511    +US Department of Education,    Bankruptcy Department,    PO Box 4169,    Greensville, TX 75403-4169
8942508    +Universal Fidelity Corporation,    Bankruptcy Department,    PO Box 941911,    Houston, TX 77094-8911
8942506    +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 Stateview Blvd.,
             Fort Mills, SC 29715-7203
The following entities were served by electronic transmission on Oct 05, 2006.
8942503      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2006 02:31:18      Discover,
             Bankruptcy Department,    PO Box 30395,    Salt Lake City, UT 84130-0395
9548460     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2006 02:31:18      Discover Bank,
             Discover Financial Services,    POB 8003,    Hilliard OH 43026-8003
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Kohl's Department Store
8942495*    +Citibank,    Bankruptcy Department,    PO Box 6001,    The Lakes, NV 89163-0001
8942504*    +Citibank,    Bankruptcy Department,    PO Box 6001,    The Lakes, NV 89163-0001
8942512*    +US Department of Education,    Bankruptcy Department,    PO Box 4169,    Greensville, TX 75403-4169
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2006**          **Signature:** *Joseph Speetjens*