IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RODRIGUEZ, OCTAVIO<br>RODRIGUEZ, JENNIFER TRICIA<br><br>Debtors. | CHAPTER 7 CASE<br><br>CASE NO. 05-70590 MB<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: 3/23/07

THOMAS J. LESTER, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: 3/29/07

WILLIAM T. NEARY
United States Trustee

By: SHEREE G. DANDURAND
Assistant U.S. Trustee

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
(815) 490-4900

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2006 through December 29, 2006

Account Number: **000312889862966**

**CUSTOMER SERVICE INFORMATION**

Service Center:   **1-800-634-5273**

00021336 DBI 802 24 00207 - NNN  1 000000000  69 0000
05-70590 RODRIGUEZ OCTAVIO
RODRIGUEZ JENNIFER TRICIA DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,056.48 |
| Checks Paid | 6 | - 4,056.48 |
| Ending Balance | 6 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 12/07 | $1,011.08 |
| 102 | 12/01 | 468.62 |
| 103 | 12/06 | 273.49 |
| 104 | 12/08 | 21.48 |
| 105 | 12/04 | 993.17 |
| 106 | 12/04 | 1,288.64 |
| **Total Checks Paid** |  | **$4,056.48** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $3,587.86 |
| 12/04 | 1,306.05 |
| 12/06 | 1,032.56 |
| 12/07 | 21.48 |
| 12/08 | 0.00 |





EXHIBIT B

Page 1 of 4